**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX FEDERICO NICOLAS, JR., ) | NO. CV 16-6521-JFW (KS) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| ) | |
| M.E. SPEARMAN, ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 28, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE